United States Bankruptcy Court

Middle District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 18-00743-HWV |
| Earl William Reidell, Jr | Chapter 13 |
| Brenda Ann Reidell | |
|     Debtors | |

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 2
Date Rcvd: Sep 01, 2022      Form ID: trc      Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol      Definition**

++      Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. § 342(f)/Fed. R. Bank. P. 2002(g)(4).

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 03, 2022:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| 5165583 | ++ | SOUTHWEST STAGE FUNDING, ATTN D/B/A/ CASCADE FINANCIAL, P O BOX 15035, CHANDLER AZ 85244-5035 address filed with court:, Southwest Stage Funding, dba Cascade Lane Home Financing, 3345 S. Val Vista Drive, Suite 300, Gilbert, AZ 85297, Southwest Stage Funding, dba Cascade Lane Home Financing |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2022      Signature:      /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 18, 2022 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Dorothy L Mott | on behalf of Debtor 2 Brenda Ann Reidell DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Dorothy L Mott | on behalf of Debtor 1 Earl William Reidell Jr DorieMott@aol.com, karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Jack N Zaharopoulos (Trustee) | TWecf@pamd13trustee.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Earl William Reidell Jr |

| | |
|---|---|
| Kara Katherine Gendron | karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| | on behalf of Debtor 2 Brenda Ann Reidell karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Mary F Kennedy | on behalf of Creditor Southwest Stage Funding dba Cascade Land Home Financing mary@javardianlaw.com coleen@javardianlaw.com;chris.cummins@javardianlaw.com |
| Rebecca Ann Solarz | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2018-3 bkgroup@kmllawgroup.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

# United States Bankruptcy Court

Middle District of Pennsylvania
Case No. 1:18-bk-00743-HWV
Chapter 13

In re: Debtor(s) (including Name and Address)

| | |
|---|---|
| Earl William Reidell, Jr<br>351 Chestnut Street<br>Millersburg PA 17061 | Brenda Ann Reidell<br>351 Chestnut Street<br>Millersburg PA 17061 |

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor. As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 08/18/2022.

Name and Address of Alleged Transferor(s):

Claim No. 6: Southwest Stage Funding, dba Cascade Lane Home Financing, 3345 S. Val Vista Drive, Suite 300, Gilbert, AZ 85297, Southwest Stage Funding, dba Cascade Lane Home Financing

Name and Address of Transferee:

FirstKey Master Funding 2021-A Collateral Trust
Serviced by Select Portfolio Servicing,
PO Box 65250
Salt Lake City, UT 84165
FirstKey Master Funding 2021-A Collatera
Serviced by Select Portfolio Servicing,

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice. If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date: 09/03/22

Terrence S. Miller
**CLERK OF THE COURT**