UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     EARL WILLIAM REIDELL, JR
            BRENDA ANN REIDELL

CHAPTER 13

Debtor(s)

CASE NO: 1-18-00743-HWV

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
         Movant
vs.
EARL WILLIAM REIDELL, JR etal.
         Respondent(s)

## TRUSTEE'S MOTION TO DISMISS CASE

COMES NOW, on October 12, 2022, Jack N. Zaharopoulos, Standing Chapter 13 Trustee, through his attorney, Douglas R. Roeder, Esquire, and moves this Honorable Court for Dismissal, a statement of which follows:

1. Debtor(s) filed the above case on February 26, 2018.

2. The plan obligates Debtor(s) to make monthly payments to the Trustee.

3. The Trustee filed Motions to Dismiss Case for Material Default due to non-payment of these monthly payments on the following dates - **08/12/2021, 01/05/2022, 06/09/2022**

4. Debtor(s) cured each of these defaults prior to the scheduled hearing and therefore avoided entering into a stipulation to maintain timely payments.

5. Debtor(s) is currently 3 months in default with arrearages of $1,950.00 along with their current regular monthly payment of $650.00, through October 12, 2022. The total arrearage amount therefore due is **$2,600.00**.

6. The non-payment of Debtor's plan obligation is

     a. a material default with respect to the confirmed plan; and

     b. an unreasonable delay by Debtor that is prejudicial to creditors.

7. Dismissal of the case is in the best interest of the creditors and the estate.

8. Notice of hearing and other instructions are included with this Motion.

WHEREFORE, the Standing Chapter 13 Trustee requests this Court to dismiss the above case.

Dated: October 12, 2022

Respectfully submitted,

/s/ Douglas R. Roeder, Esquire
ID: 80016
Attorney for Trustee
Jack N. Zaharopoulos, Trustee
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone: (717) 566-6097
email: droeder@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     EARL WILLIAM REIDELL, JR
            BRENDA ANN REIDELL

CHAPTER 13

            Debtor(s)

JACK N. ZAHAROPOULOS                   CASE NO: 1-18-00743-HWV
CHAPTER 13 TRUSTEE
            Movant
vs.
EARL WILLIAM REIDELL, JR etal.
            Respondent(s)

## **NOTICE**

NOTICE IS HEREBY GIVEN THAT Jack N. Zaharopoulos, Standing Chapter 13 Trustee for the Middle District of Pennsylvania, through his attorney, Douglas R. Roeder, Esquire, has filed a Motion to Dismiss for failure to make timely payments pursuant to your Chapter 13 Plan.

YOU ARE HEREBY NOTICED that a HEARING with the Court has been scheduled on this motion. Any matters not resolved shall be heard at the dismissal hearing.

       November 9, 2022 at 09:35 AM
       Bankruptcy Courtroom
       Ronald Reagan Federal Bldg.
       3rd Floor, 228 Walnut Street
       Harrisburg, PA 17101

YOU ARE FURTHER NOTICED that you MUST attend the dismissal hearing unless one of the following takes place.

1.      You have entered into a valid stipulation with Trustee Zaharopoulos and that stipulation has been filed with the U.S. Bankruptcy Court.

2.  You have filed a voluntary conversion to Chapter 7 or a voluntary case dismissal with the U.S. Bankruptcy Court and have served a copy of that motion upon Trustee Zaharopoulos.

**FAILURE TO COMPLY WITH THE ABOVE WILL RESULT IN YOUR CHAPTER 13 CASE BEING CALLED FOR DISMISSAL HEARING WITH THE COURT ON THE DATE AND TIME AS SPECIFIED IN THIS NOTICE. THIS MAY RESULT IN DISMISSAL OF YOUR CASE**.

Dated:  October 12, 2022

Respectfully submitted,

/s/   Douglas R. Roeder, Esquire
ID:  80016
Attorney for Trustee
Jack N. Zaharopoulos, Trustee
Standing Chapter 13 Trustee
8125 Adams Drive, Suite A
Hummelstown, PA 17036
Phone:  (717) 566-6097
email:  droeder@pamd13trustee.com

UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:     EARL WILLIAM REIDELL, JR
               BRENDA ANN REIDELL

CHAPTER 13

Debtor(s)

CASE NO: 1-18-00743-HWV

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
         Movant
vs.
EARL WILLIAM REIDELL, JR etal.
         Respondent(s)

## **CERTIFICATE OF SERVICE**

I certify that I am more than 18 years of age and that on October 12, 2022, I served a copy of this Motion to Dismiss, Notice and Proposed Order on the following parties by 1st Class mail from Hummelstown, PA, unless served electronically.

<u>Served Electronically</u>

MOTT & GENDRON LAW
125 STATE STREET
HARRISBURG PA 17101-

UNITED STATES TRUSTEE
SUITE 1190
228 WALNUT STREET
HARRISBURG, PA 17101

<u>Served by First Class Mail</u>

EARL WILLIAM REIDELL, JR
BRENDA ANN REIDELL
351 CHESTNUT STREET
MILLERSBURG PA 17061

I certify under penalty of perjury that the foregoing is true and correct.

Date: October 12, 2022

/s/ Matt Arcuri
Office of the Standing Chapter 13 Trustee
Jack N. Zaharopoulos, Trustee
Suite A, 8125 Adams Dr.
Hummelstown, PA 17036
Phone: (717) 566-6097
email: info@pamd13trustee.com

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

IN RE:    EARL WILLIAM REIDELL, JR
           BRENDA ANN REIDELL

           CHAPTER 13

           Debtor(s)

CASE NO: 1-18-00743-HWV

JACK N. ZAHAROPOULOS
CHAPTER 13 TRUSTEE
           Movant
vs.
EARL WILLIAM REIDELL, JR etal
           Respondent(s)

## ORDER DISMSSING CASE

    Upon consideration of the Trustee's Motion to Dismiss, it is hereby Ordered that the above-captioned bankruptcy be and hereby is dismissed. The Court retains jurisdiction to rule on any timely filed fee application.