IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| EARL WILLIAM REIDELL, JR | : | |
| | : | CASE NO. 1:18-bk-00743 |
| BRENDA ANN REIDELL | : | |
| | : | |
| Debtors | : | |

## MOTION TO MODIFY PLAN

COME NOW the Debtors, by and through Kara K. Gendron, Esquire, and move to amend the Chapter 13 Plan, respectfully stating in support thereof as follows:

1. The Debtors filed a Chapter 13 Bankruptcy Petition on February 26, 2018.

2. The Debtors' income has been reduced due to Mr. Reidell's medical issues. The Debtors seek to amend the plan accordingly and pay attorney fees through the amended plan.

WHEREFORE, the Debtors move to modify the plan as provided in the Amended Plan.

    Respectfully submitted,

    /s/ Kara K. Gendron
    _____

    Kara K. Gendron, Esquire
    Attorney ID #: 87577
    MOTT & GENDRON LAW
    125 State Street
    Harrisburg, PA 17101
    http://www.mottgendronlaw.com
    T: (717) 232-6650 | F: (717) 232-0477
    karagendron@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| EARL WILLIAM REIDELL, JR | : | |
| | : | CASE NO. 1:18-bk-00743 |
| BRENDA ANN REIDELL | : | |
| | : | |
| Debtor(s) | : | |

# ORDER

UPON CONSIDERATION of the Motion to Modify Plan, and cause appearing therefore, it is hereby

ORDERED AND DECREED that the Debtors are granted leave to Modify the Chapter 13 Plan and the Plan is hereby modified.