# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brenda Ann Reidell<br>Earl William Reidell Jr.<br>                            Debtor(s) | CHAPTER 13 |
| Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2018-3, its successors and/or assigns<br>                            Movant<br>vs.<br>Brenda Ann Reidell<br>Earl William Reidell Jr.<br>                            Debtor(s)<br>Jack N. Zaharopoulos<br>                            Trustee | NO. 18-00743 HWV |

## PRAECIPE TO WITHDRAW

### TO THE CLERK OF THE BANKRUPTCY COURT:

Kindly withdraw the Notice of Mortgage Payment Change of Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2018-3, which was filed with the Court on or about **11/30/2022**.

Dated: May 4, 2023

Respectfully submitted,

/s/Brian C. Nicholas
Brian C. Nicholas, Esq.
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
Phone: (215)-627-1322
bnicholas@kmllawgroup.com