IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brenda Ann Reidell<br>Earl William Reidell Jr.<br>**Debtor(s)** | BK NO. 18-00743 HWV<br><br>Chapter 13 |
| **Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2018-3**<br>**Movant**<br>vs.<br><br>**Brenda Ann Reidell**<br>**Earl William Reidell Jr.**<br>**Debtor(s)**<br><br>**Jack N. Zaharopoulos,**<br>**Trustee** | Related to Claim No. |

## CERTIFICATE OF SERVICE
## PRAECIPE TO WITHDRAW NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on <u>May 4, 2023</u>, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

<u>Debtor(s)</u>
Brenda Ann Reidell
351 Chestnut Street
Millersburg, PA 17061

Earl William Reidell Jr.
351 Chestnut Street
Millersburg, PA 17061

<u>Attorney for Debtor(s)</u>
Kara Katherine Gendron, Mott & Gendron Law
125 State Street
Harrisburg, PA 17101Dorothy L Mott, Mott & Gendron Law
125 State Street
Harrisburg, PA 17101

<u>Trustee</u>
Jack N. Zaharopoulos
8125 Adams Drive, Suite A
Hummelstown, PA 17036

Method of Service: electronic means or first class mail

Dated: <u>May 4, 2023</u>

<u>/s/Brian C. Nicholas</u>
Brian C. Nicholas Esquire
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
bnicholas@kmllawgroup.com