IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: | : | CHAPTER 13 |
| EARL WILLIAM REIDELL, JR | : | |
| | : | CASE NO. 1:18-bk-00743 |
| BRENDA ANN REIDELL | : | |
| | : | |
| Debtors | : | |

## MOTION TO TERMINATE
## WAGE ATTACHMENT TO PAY TRUSTEE

Come now the Debtors, Earl William Reidell, Jr and Brenda Ann Reidell, by and through Kara K. Gendron, Esquire and move this Court to terminate the Wage Attachment Order previously entered in this case, respectfully stating in support thereof as follows:

1. The Debtors filed a Chapter 13 Petition on February 26, 2018.
2. The Debtors wish to terminate the wage attachment.

Wherefore, the Debtors respectfully request that this Honorable Court enter an Order terminating the Wage Attachment Order previously entered in this case.

    Respectfully submitted,

    /s/ Kara K. Gendron
    _____
    Kara K. Gendron, Esquire
    Attorney ID 87577
    MOTT & GENDRON LAW
    125 State Street
    Harrisburg, PA 17101
    http://www.mottgendronlaw.com
    T: (717) 232-6650 | F: (717) 232-0477
    karagendron@gmail.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: : | CHAPTER 13 |
| EARL WILLIAM REIDELL, JR : | |
| : | CASE NO. 1:18-bk-00743 |
| BRENDA ANN REIDELL : | |
| : | |
| Debtors : | |

## ORDER

Upon consideration of the Motion to Terminate Wage Attachment filed by the Debtors in this case, and it appearing that the Debtor wishes to terminate the wage attachment, it is hereby Ordered and Decreed that the Wage Attachment Order is hereby terminated.