Certificate Number: 06531-PAM-DE-039619800

Bankruptcy Case Number: 18-00743



06531-PAM-DE-039619800

# C<span>ERTIFICATE</span> O<span>F</span> D<span>EBTOR</span> E<span>DUCATION</span>

I CERTIFY that on May 2, 2025, at 1:59 o'clock PM CDT, Earl W Reidell Jr completed a course on personal financial management given by internet by Allen Credit and Debt Counseling Agency, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Middle District of Pennsylvania.

Date: May 2, 2025

By: /s/Patricia Queen

Name: Patricia Queen

Title: Certified Credit Counselor