United States Bankruptcy Court

Middle District of Pennsylvania

In re:  Case No. 18-00743-HWV
Earl William Reidell, Jr  Chapter 13
Brenda Ann Reidell
    Debtors

# CERTIFICATE OF NOTICE

District/off: 0314-1      User: AutoDocke      Page 1 of 3
Date Rcvd: May 05, 2025      Form ID: 3180W      Total Noticed: 30

The following symbols are used throughout this certificate:
**Symbol**      **Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^      Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

##      Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 07, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Earl William Reidell, Jr, Brenda Ann Reidell, 531 Chestnut Street, Millersburg, PA 17061-1429 |
| 5027212 | + | DAUPHIN COUNTY TAX CLAIM, 2 SOUTH 2ND STREET, HARRISBURG, PA 17101-2047 |
| 5027221 | + | POWELL INC, 1 FISHER ST, HALIFAX, PA 17032-8845 |
| 5045272 | | Towd Point Master Funding Trust 2017-PM18, c/o Ditech Financial LLC, PO Box 6154, Rapid City SD 57709 |

TOTAL: 4

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| cr | + | EDI: PRA.COM | May 05 2025 22:50:00 | PRA Receivables Management LLC, POB 41067, Norfolk, VA 23541-1067 |
| cr | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 05 2025 18:51:00 | SELECT PORTFOLIO SERVICING, INC., PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5027204 | ^ | MEBN | May 05 2025 18:47:38 | ARCADIA RECOVERY BUREAU, PO BOX 6768, WYOMISSING, PA 19610-0768 |
| 5027205 | + | Email/Text: legal@arsnational.com | May 05 2025 18:51:00 | ARS NATIONAL SERVICES, INC, PO BOX 469046, ESCONDIDO, CA 92046-9046 |
| 5027206 | + | EDI: ATTWIREBK.COM | May 05 2025 22:50:00 | AT&T MOBILITY, 15901 E SKELLY DRIVE (PHILA), TULSA, OK 74116-2809 |
| 5027207 | | EDI: HFC.COM | May 05 2025 22:50:00 | BENEFICIAL/HFC, 90 CHRISTIANA ROAD, NEW CASTLE, DE 19720-3118 |
| 5165582 | | Email/Text: bankruptcy@cascadeloans.com | May 05 2025 18:51:00 | Southwest Stage Funding, dba Cascade Lane Home Financing, 3345 S. Val Vista Drive, Suite 300, Gilbert, AZ 85297 |
| 5165583 | | Email/Text: bankruptcy@cascadeloans.com | May 05 2025 18:51:00 | Southwest Stage Funding, dba Cascade Lane Home Financing, 3345 S. Val Vista Drive, Suite 300, Gilbert, AZ 85297, Southwest Stage Funding, dba Cascade Lane Home Financing |
| 5027210 | + | EDI: JPMORGANCHASE | May 05 2025 22:50:00 | CHASE, 800 BROOKSEDGE BLVD, WESTERVILLE, OH 43081-2822 |
| 5027211 | | EDI: PENNDEPTREV | May 05 2025 22:50:00 | COMM OF PA DEPT OF REVENUE, BUREAU OF COMPLIANCE, PO BOX 280946, HARRISBURG, PA 17128-0946 |
| 5027222 | | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | May 05 2025 18:51:00 | UNEMP COMP OVERPAYMENT MATTERS, DEPT OF L&I - OFFICE OF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121 |

| Recip ID | Bypass | Notice Method | Date/Time | Name and Address |
|---|---|---|---|---|
| 5490376 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 05 2025 18:51:00 | FirstKey Master Funding 2021-A Collateral Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250 |
| 5490377 | + | Email/Text: BKSPSElectronicCourtNotifications@spservicing.com | May 05 2025 18:51:00 | FirstKey Master Funding 2021-A Collateral Trust, Serviced by Select Portfolio Servicing,, PO Box 65250, Salt Lake City, UT 84165-0250, FirstKey Master Funding 2021-A Collatera, Serviced by Select Portfolio Servicing, |
| 5027215 | | EDI: IRS.COM | May 05 2025 22:50:00 | INTERNAL REVENUE SERVICE - CIO, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5027209 | | Email/Text: info@pamd13trustee.com | May 05 2025 18:51:00 | CHARLES J DEHART, III, ESQ., 8125 ADAMS DRIVE STE A, HUMMELSTOWN PA 17036 |
| 5027217 | ^ | MEBN | May 05 2025 18:47:32 | KML LAW GROUP PC, SUITE 5000 - BNY INDEPENDENCE CENTER, 701 MARKET STREET, PHILADELPHIA, PA 19106-1538 |
| 5055895 | | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2025 18:55:42 | LVNV Funding, LLC its successors and assigns as, assignee of Citibank (South Dakota),, N.A., Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5056956 | | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2025 18:55:18 | LVNV Funding, LLC its successors and assigns as, assignee of Sears National Bank, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5055965 | | Email/PDF: resurgentbknotifications@resurgent.com | May 05 2025 18:55:58 | LVNV Funding, LLC its successors and assigns as, assignee of North Star Capital, Acquisition LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 5027218 | ^ | MEBN | May 05 2025 18:47:12 | NCB MANAGEMENT SERVICES INC, CORRESPONDENCE, PO BOX 1099, LANGHORNE, PA 19047-6099 |
| 5043203 | | EDI: AGFINANCE.COM | May 05 2025 22:50:00 | ONEMAIN, PO BOX 3251, EVANSVILLE, IN. 47731-3251 |
| 5027219 | | EDI: AGFINANCE.COM | May 05 2025 22:50:00 | ONEMAIN FINANCIAL ATTN: BK NOTICES, PO BOX 3251, EVANSVILLE, IN 47731-3251 |
| 5148375 | | EDI: PRA.COM | May 05 2025 22:50:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5148376 | | EDI: PRA.COM | May 05 2025 22:50:00 | Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541, Portfolio Recovery Associates, LLC, PO Box 41067, Norfolk, VA 23541 |
| 5027223 | + | Email/Text: ra-li-occ-esbkpt-hbg@pa.gov | May 05 2025 18:51:00 | UNEMPL COMP TAX MATTERS, HARRISBURG CASES L&I OFF CHIEF COUNSEL, 651 BOAS STREET 10TH FLOOR, HARRISBURG, PA 17121-0751 |
| 5054381 | | EDI: AIS.COM | May 05 2025 22:50:00 | Verizon, by American InfoSource LP as agent, PO Box 248838, Oklahoma City, OK 73124-8838 |

TOTAL: 26

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 5027208 | | BETTY MILLER |
| 5027216 | * | IRS CENTRALIZED INSOLVENCY ORGANIZATION, PO BOX 7346, PHILADELPHIA, PA 19101-7346 |
| 5027213 | ##+ | DITECH FINANCIAL LLC, BANKRUPTCY NOTICES, 1400 TURBINE DRIVE, RAPID CITY, SD 57703-4719 |
| 5027214 | ##+ | ERC, PO BOX 57547, JACKSONVILLE, FL 32241-7547 |
| 5027220 | ##+ | PENN CREDIT CORP, 916 S 14TH STREET, HARRISBURG, PA 17104-3425 |

| District/off: 0314-1 | User: AutoDocke | Page 3 of 3 |
|---|---|---|
| Date Rcvd: May 05, 2025 | Form ID: 3180W | Total Noticed: 30 |

TOTAL: 1 Undeliverable, 1 Duplicate, 3 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 07, 2025                          Signature:        /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 5, 2025 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| Denise E. Carlon | on behalf of Creditor Federal Home Loan Mortgage Corporation as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2018-3 bkgroup@kmllawgroup.com, bkgroup@kmllawgroup.com |
| Dorothy L Mott | on behalf of Debtor 2 Brenda Ann Reidell DorieMott@aol.com karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Dorothy L Mott | on behalf of Debtor 1 Earl William Reidell Jr DorieMott@aol.com, karagendronecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;bethsnyderecf@gmail.com;ecf.mottgendron@gmail.com;mottgendronlaw@jubileebk.net;mott.dorothyb@notify.bestcase.com;doriemott@aol.com |
| Jack N Zaharopoulos | ecf_pahu_alt@trustee13.com |
| Kara Katherine Gendron | on behalf of Debtor 1 Earl William Reidell Jr karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Kara Katherine Gendron | on behalf of Debtor 2 Brenda Ann Reidell karagendronecf@gmail.com;doriemott@aol.com;bethsnyderecf@gmail.com;mottgendronecf@gmail.com;ecf.mottgendron@gmail.com;MottGendronLaw@jubileebk.net |
| Mary F Kennedy | on behalf of Creditor Southwest Stage Funding dba Cascade Land Home Financing mary@javardianlaw.com tami@javardianlaw.com;angie.harrigan@javardianlaw.com |
| United States Trustee | ustpregion03.ha.ecf@usdoj.gov |

TOTAL: 8

| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Earl William Reidell Jr | Social Security number or ITIN xxx–xx–0484 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| Debtor 2 (Spouse, if filing) | Brenda Ann Reidell | Social Security number or ITIN xxx–xx–2673 |
| | First Name   Middle Name   Last Name | EIN __–_____ |
| United States Bankruptcy Court | Middle District of Pennsylvania | |
| Case number: | 1:18–bk–00743–HWV | |

## Order of Discharge 12/18

**IT IS ORDERED:** A discharge under 11 U.S.C. § 1328(a) is granted to:

Earl William Reidell Jr            Brenda Ann Reidell

**By the court:**   *Henry W. Van Eck*

5/5/25

Henry W. Van Eck, Chief Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 13 Case**

This order does not close or dismiss the case.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily. 11 U.S.C. § 524(f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts provided for by the chapter 13 plan.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**Some debts are not discharged**
Examples of debts that are not discharged are:

- ♦ debts that are domestic support obligations;

- ♦ debts for most student loans;

- ♦ debts for certain types of taxes specified in 11 U.S.C. §§ 507(a)(8)( C), 523(a)(1)(B), or 523(a)(1)(C) to the extent not paid in full under the plan;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for restitution, or a criminal fine, included in a sentence on debtor's criminal conviction;

- some debts which the debtors did not properly list;

- debts provided for under 11 U.S.C. § 1322(b)(5) and on which the last payment or other transfer is due after the date on which the final payment under the plan was due;

- debts for certain consumer purchases made after the bankruptcy case was filed if obtaining the trustee's prior approval of incurring the debt was practicable but was not obtained;

- debts for restitution, or damages, awarded in a civil action against the debtor as a result of malicious or willful injury by the debtor that caused personal injury to an individual or the death of an individual; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of a chapter 13 discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**