IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Brenda Ann Reidell<br>Earl W Reidell<br>**Debtors** | BK NO. 18-00743 HWV<br><br>Chapter 13 |
| **Federal Home Loan Mortgage Corporation, as Trustee for the benefit of the Freddie Mac Seasoned Credit Risk Transfer Trust, Series 2018-3**<br>**Movant**<br>vs.<br><br>**Brenda Ann Reidell**<br>**Earl William Reidell, Jr.**<br>**Debtors**<br><br>**Jack N. Zaharopoulos, Esq.**<br>**Trustee** | Related to Claim No. 6 |

## CERTIFICATE OF SERVICE
## NOTICE OF MORTGAGE PAYMENT CHANGE

I, Brian C. Nicholas, Esquire, of KML Law Group, P.C., certify that I am, and at all times hereinafter mentioned was, more than 18 years of age and that on November 30, 2022, I served the above captioned pleading, filed in the proceeding on the parties at the addresses shown below;

Debtors
Brenda Ann Reidell
351 Chestnut Street
Millersburg, PA 17061

Earl William Reidell Jr.
351 Chestnut Street
Millersburg, PA 17061

Attorney for Debtors
Kara Katherine Gendron, Esq.
Mott & Gendron Law
125 State Street (VIA ECF)
Harrisburg, PA 17101

Dorothy L Mott, Esq.
Mott & Gendron Law
125 State Street (VIA ECF)
Harrisburg, PA 17101

Trustee
Jack N. Zaharopoulos, Esq.
8125 Adams Drive, Suite A (VIA ECF)
Hummelstown, PA 17036

Method of Service: Electronic means or first-class mail.

Dated: November 30, 2022

/s/Brian C. Nicholas, Esquire
Brian C. Nicholas, Esquire
Attorney I.D. 317240
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA 19106
201-549-5366
bnicholas@kmllawgroup.com